IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00739-RPM

QFA ROYALTIES, LLC and
QIP HOLDER, LLC,

        Plaintiffs,

v.

BHUPINDER BABER and
RATTY BABER,

        Defendants.

_____

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND
VACATING JULY 28, 2005, HEARING DATE WITH REQUIREMENT FOR STATUS
REPORT
_____

On July 12, 2005, this Court entered an order for a hearing on the defendants' motion to abate or transfer, setting the hearing for July 28, 2005. On July 13, 2005, defendants filed a motion for continuance of that hearing date. That motion recites a conflict with defendants' counsel's personal plans and requests a date after August 21, 2005, because a motion to compel arbitration has been scheduled for July 28, 2005, but is expected to be continued. On July 13, 2005, plaintiffs filed their reply to the motion to stay and filed a motion for hearing on a temporary restraining order filed at that same time. Plaintiffs assert that the question of termination of the franchise agreements will be determined in arbitration and seek to separate that from the claim that they are entitled to a temporary restraining order to prohibit the defendants from

continuing to use the Quizno's trademarks, service marks and trade names. The basis for the termination of the license to use those marks is the same as the termination of the franchise agreements. In this Court's view, the issues are not separable. It is therefore

ORDERED that the hearing scheduled for July 28, 2005, is vacated; the plaintiff's motion for temporary restraining order filed July 13, 2005, is denied and the parties shall submit a status report to this Court immediately after a ruling on the motion to compel arbitration has been made.

DATED: July 14, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge