IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00739-RPM

QFA ROYALTIES, LLC and
QIP HOLDER, LLC,

        Plaintiffs,

v.

BHUPINDER BABER and
RATTY BABER,

        Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Notice of Voluntary Dismissal Without Prejudice, filed on July 28, 2005, it is

ORDERED this civil action is dismissed without prejudice.

DATED: July 28, 2005.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge